**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

CHRISTOPHER BREWER                                                                                    PLAINTIFF
ADC #140442

v.                                             NO. 5:15CV00050 JLH/JWC

RANDY WATSON *et al*.                                                                             DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Jerry W. Cavaneau. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT plaintiff's motion for a preliminary injunction is DENIED. Document #70.

DATED this 1st day of September, 2015.

_____
UNITED STATES DISTRICT JUDGE