# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

CHRISTOPHER BREWER                                                                                   PLAINTIFF
ADC #140442

V.                                       NO: 5:15CV00050 JLH/PSH

RANDY WATSON *et al*                                                                                DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT plaintiff's motion to voluntarily dismiss his claims against defendant Clarence Capps is GRANTED and plaintiff's claims against Capps are DISMISSED WITHOUT PREJUDICE. Document #84.

DATED this 15th day of September, 2015.

*J. Leon Holmes*
UNITED STATES DISTRICT JUDGE