**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

CHRISTOPHER BREWER                                                                                   PLAINTIFF
ADC #140442

V.                                       NO: 5:15CV00050 JLH/PSH

RANDY WATSON *et al*                                                                              DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDATION

### INSTRUCTIONS

The following Proposed Findings and Recommendation have been sent to United States District Judge J. Leon Holmes. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

### DISPOSITION

On October 7, 2015, plaintiff Christopher Brewer filed a motion to voluntarily dismiss his claims against defendants Randy Watson and Devon Ramey (docket entry 104). Defendants have no objection (docket entry 105), and the motion should be granted.

IT IS THEREFORE RECOMMENDED THAT plaintiff's motion to voluntarily dismiss his claims against defendants Randy Watson and Devon Ramey (docket entry 104) be GRANTED, and plaintiff's claims against Watson and Ramey be DISMISSED WITHOUT PREJUDICE.

DATED this 8th day of October, 2015.

_____
UNITED STATES MAGISTRATE JUDGE