**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

CHRISTOPHER BREWER                                                                                          PLAINTIFF
ADC #140442

v.                                              NO. 5:15CV00050 JLH/PSH

RANDY WATSON, *et al.*                                                                                   DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT plaintiff's motion to voluntarily dismiss his claims against defendants Randy Watson and Devon Ramey (docket entry 104) is GRANTED, and plaintiff's claims against Watson and Ramey are DISMISSED WITHOUT PREJUDICE.

DATED this 29th day of October, 2015.

*J. Leon Holmes*
_____
UNITED STATES DISTRICT JUDGE