# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

CHRISTOPHER BREWER                                                                                           PLAINTIFF
ADC #140442

V.                                             NO. 5:15CV00050 JLH/PSH

RANDY WATSON *et al.*                                                                                      DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT plaintiff's motion to voluntarily dismiss his claims against defendants Moses Jackson and Scott Taylor is GRANTED, and plaintiff's claims against Jackson and Taylor are DISMISSED WITHOUT PREJUDICE. Document #126.

DATED this 1st day of March, 2016.

*J. Leon Holmes*
UNITED STATES DISTRICT JUDGE