IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CHRISTOPHER BREWER                                                                               PLAINTIFF
ADC #140442

V.                                           NO: 5:15CV00050 JLH/PSH

RANDY WATSON *et al*                                                                           DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris. Documents #138 and #140. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. Plaintiff Christopher Brewer's motions to voluntarily dismiss are GRANTED. Documents #129 and #130.

2. Brewer's claims against defendants Huyard, Brown, and Pruitt are DISMISSED WITHOUT PREJUDICE.

3. Brewer's failure to protect claims are DISMISSED WITHOUT PREJUDICE.

DATED this 1st day of June, 2016.

*J. Leon Holmes*
UNITED STATES DISTRICT JUDGE