IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CHRISTOPHER BREWER                                                                PLAINTIFF
ADC #140442

V.                                    NO: 5:15CV00050 JLH

RANDY WATSON *et al*                                                            DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. The defendants' motion for summary judgment is GRANTED, and plaintiff Christopher Brewer's complaint is DISMISSED WITHOUT PREJUDICE. Document #121.

2. The Court certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 9th day of September, 2016.

                                                                        _____
                                                                        UNITED STATES DISTRICT JUDGE